1  JEFFREY S. KOPP, CA Bar No. 185783
       jkopp@foley.com
2  FOLEY & LARDNER LLP
   555 SOUTH FLOWER STREET, SUITE 3300
3  LOS ANGELES, CA 30071-2418
   TELEPHONE:   213.972.4500
4  FACSIMILE:   213.486.0065

5  Attorneys for NEXTEER AUTOMOTIVE
   CORPORATION.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: DMCA SECTION 512(H) SUBPOENA TO GITHUB, INC. | MISC. ACTION NO. 3:23-MC-80164 LJC <br><br>**DECLARATION OF EMMA E. SOLDON IN SUPPORT OF NEXTEER AUTOMOTIVE CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF FOR NON-DISCLOSURE ORDER** <br><br>*[FILED CONCURRENTLY WITH MOTION FOR ADMINISTRATIVE RELIEF GRANTING NONDISCLOSURE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; AND [PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF]* |
|---|---|

**DECLARATION OF EMMA E. SOLDON**

I, Emma E. Soldon, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am an associate at Foley & Lardner LLP, which represents Nexteer Automotive Corporation. I have personal knowledge of the matters set forth in this Declaration and could competently testify to those matters if called upon to do so.

2. On June 13–14, 2023, I exchanged emails with GitHub's legal staff requesting that GitHub comply with the subpoena without providing advanced notice to the infringer(s). GitHub's legal team informed me that they will only honor a non-disclosure order from a court, not Nexteer's request not to disclose.

3. Attached hereto as **Exhibit A** is a true and correct copy of the relevant correspondence.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 15, 2023 at San Francisco, California.

By: */s/ Emma E. Soldon/*

Emma E. Soldon