# EXHIBIT A

**From:** Legal Support <legal-support@github.com>
**Sent:** Wednesday, June 14, 2023 5:21:35 PM
**To:** Legal Support <legal-support@github.com>
**Cc:** Soldon, Emma E. <ESoldon@foley.com>; Lee, Laura J. <LJLee@foley.com>; Kopp, Jeff <JKopp@foley.com>; Miller, Vanessa L. <VMiller@foley.com>
**Subject:** Re: In Re DMCA Subpoena to Github, Inc. USDC Northern District of CA C23-MC-80164LJC

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Hi Emma,

I wanted to get clarity if you are going to be providing an NDO. We will only honor a non-disclosure order from a court, not a request not to disclose. With that, we need to give account holders a minimum of 1 week to have time to object should they choose to do so. With that, I need to know where we are standing in terms of an NDO and to have it in our file to move forward. Please let us know soon.

Best,
GitHub Staff

On Wednesday, June 14, 2023 at 10:14:38 AM UTC-7 Soldon, Emma E. wrote:

Hello,

Will you please confirm that GitHub will be providing the information requested in the subpoena by the response deadline (this Friday, June 16, 2023 at 10AM)? In order to expedite this process, we would prefer that GitHub provide the information via email to jkopp@foley.com, vmiller@foley.com, and esoldon@foley.com, all of whom are copied on this email.

1

Looking forward to hearing from you.


Thanks,

Emma


**Emma E. Soldon**
*Associate*

**Foley & Lardner LLP | San Francisco, CA**
Phone 415.438.6432
Visit Foley.com | esoldon@foley.com



---

**From:** Soldon, Emma E.
**Sent:** Tuesday, June 13, 2023 3:51 PM
**To:** Legal Support <legal-support@github.com>
**Cc:** Lee, Laura J. <LJLee@foley.com>; Kopp, Jeff <JKopp@foley.com>; Miller, Vanessa L. <VMiller@foley.com>
**Subject:** RE: In Re DMCA Subpoena to Github, Inc. USDC Northern District of CA C23-MC-80164LJC


Hello,


Yes, that is correct, we are requesting that you do not disclose to the user/account holder that the subpoena exists. Accordingly, when we requested that the court issue the subpoena, we requested that GitHub not provide the infringer(s) with advance notice. (*See* Nexteer's Request for Issuance of Subpoena, at 2:27 & n.1, attached.) Although we do not have a specific NDO, the court subsequently issued the subpoena based on the attached request.


Best,

Emma


**Emma E. Soldon**
*Associate*

**Foley & Lardner LLP | San Francisco, CA**
Phone 415.438.6432
Visit Foley.com | esoldon@foley.com



---

**From:** Legal Support <legal-support@github.com>
**Sent:** Tuesday, June 13, 2023 2:01 PM
**To:** Legal Support <legal-support@github.com>
**Cc:** Lee, Laura J. <LJLee@foley.com>; Soldon, Emma E. <ESoldon@foley.com>; Kopp, Jeff <JKopp@foley.com>; Miller, Vanessa L. <VMiller@foley.com>
**Subject:** Re: In Re DMCA Subpoena to Github, Inc. USDC Northern District of CA C23-MC-80164LJC


**\*\* EXTERNAL EMAIL MESSAGE \*\***

Hi Laura,


This email is a confirmation that we have received your request. My understanding from previous correspondences is that you are not wanting users to be notified, are you able to provide us with an NDO?


Best,
GitHub Staff

On Tuesday, June 13, 2023 at 1:24:36 PM UTC-7 Lee, Laura J. wrote:


> Counsel:
>
>
> Please see attached courtesy copy of [4] Subpoena to Produce Documents, Information, Or Objects Or to Permit Inspection Of Premises In A Civil Action with Attachment A, which was re-issued by the court in the above matter today. Thank you.
>
>
> **Laura J. Lee**
> *Assistant*
>
> **Foley & Lardner LLP**
> 555 California Street, Suite 1700, San Francisco, CA 94104-1520

Phone 415.438.6440 | Cell 415.810.6671
Visit Foley.com | ljlee@foley.com

---

**From:** Lee, Laura J.
**Sent:** Tuesday, June 13, 2023 11:00 AM
**To:** legal-support@github.com
**Cc:** Soldon, Emma E. <ESoldon@foley.com>; Kopp, Jeff <JKopp@foley.com>; Miller, Vanessa L. <VMiller@foley.com>
**Subject:** In Re DMCA Subpoena to Github, Inc. USDC Northern District of CA C23-MC-80164LJC

Counsel:

Please see attached courtesy copy of Subpoena to Produce Documents, Information, Or Objects Or to Permit Inspection Of Premises In A Civil Action for the above matter. Thank you.

Laura J. Lee
*Assistant*

Foley & Lardner LLP
555 California Street, Suite 1700, San Francisco, CA 94104-1520
Phone 415.438.6440 | Cell 415.810.6671
Visit Foley.com | ljlee@foley.com

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any

other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.