1  JEFFREY S. KOPP, CA Bar No. 185783
       jkopp@foley.com
2  FOLEY & LARDNER LLP
   555 SOUTH FLOWER STREET, SUITE 3300
3  LOS ANGELES, CA 30071-2418
   TELEPHONE:    213.972.4500
4  FACSIMILE:    213.486.0065

5  Attorneys for NEXTEER AUTOMOTIVE
   CORPORATION.
6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | IN RE: DMCA SECTION 512(H) SUBPOENA TO GITHUB, INC. | MISC. ACTION NO. 3:23-MC-80164 LJC |
   |---|---|
12 | | **[PROPOSED] ORDER GRANTING NEXTEER AUTOMOTIVE CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF GRANTING NON-DISCLOSURE ORDER** |
13
14
   | | *[FILED CONCURRENTLY WITH MOTION FOR ADMINISTRATIVE RELIEF GRANTING NON-DISCLOSURE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF EMMA E. SOLDON]* |
15
16
17
18

19

20

21

22

23

24

25

26

27

28

The Court, having considered Nexteer Automotive Corporation's Motion for Administrative Relief Granting Non-Disclosure Order, in the above-captioned miscellaneous action, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Nexteer Automotive Corporation's Motion for Administrative Relief is GRANTED.

2. GitHub, Inc. is ORDERED to comply with Nexteer Automotive Corporation's DMCA subpoena, issued by this Court on June 9, 2023, prior to notifying the alleged infringer(s) mentioned therein.

**IT IS SO ORDERED.**

Dated _____, 2023                    _____
                                                Hon. Lisa J. Cisneros
                                                United States District Magistrate Judge