# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(H) SUBPOENA TO GITHUB, INC. | MISC. ACTION NO: 3:23-MC-80164 LJC<br><br>**[PROPOSED] ORDER GRANTING NEXTEER AUTOMOTIVE CORPORATION'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA BY GITHUB, INC.** |

1

[PROPOSED] ORDER GRANTING NEXTEER AUTOMOTIVE CORPORATION'S MOTION TO COMPEL ENFORCEMENT OF SUBPOENA
MISC. ACTION 3:23-MC-80164 LJC

**ORDER**

The Court, having considered Nexteer Automotive Corporation's Motion to Compel Compliance with Subpoena, in the above-captioned miscellaneous action, and good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. Nexteer Automotive Corporation's Motion to Compel is GRANTED.

2. GitHub, Inc. is ORDERED to comply with Nexteer Automotive Corporation's DMCA subpoena, issued by this Court on June 9, 2023, and provide all requested information, including information of GitHub users who downloaded Nexteer's confidential software code within five days of this order.

3. GitHub is ORDERED that it shall not give advance notice to the infringing users (both uploaders and downloaders) of the subpoena, prior to GitHub's compliance with the subpoena.

**IT IS SO ORDERED.**

Dated _____, 2023

_____
Hon. Lisa J. Cisneros
United States District Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
COMPLAINT
CASE NO. CASENUMBER