JEFFREY S. KOPP, CA Bar No. 185783
  jkopp@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:   213.486.0065

Attorneys for Petitioner NEXTEER
AUTOMOTIVE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: DMCA SECTION 512(H) SUBPOENA TO GITHUB, INC. | MISC. ACTION NO: 3:23-MC-80164-LJC |
|---|---|
| | **NEXTEER AUTOMOTIVE CORPORATION'S NOTICE OF WITDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO GITHUB, INC. AND REQUEST FOR NON-DISCLOSURE** |
| | Date: August 8, 2023<br>Time: 10:30 a.m.<br>Judge: Hon. Lisa J. Cisneros<br>Courtroom G, 15th Floor |

NEXTEER'S NOTICE OF WITHDRAWAL OF MOTION
TO COMPEL COMPLIANCE WITH DMCA SUBPOENA
CASE NO. 3:23-MC-80164-LJC

1   On June 30, 2023, Petitioner Nexteer Automotive Corporation ("Nexteer") filed a motion seeking an order compelling GitHub, Inc. ("GitHub") to comply with the subpoena issued on June 9, 2023 by the Clerk of this Court, and preventing GitHub from giving advance notice to website users and any individuals that uploaded and downloaded this information that it is going to disclose their account information to Nexteer pursuant to the subpoena.

On June 30, 2023, GitHub notified counsel for Nexteer of its desire to resolve this dispute without an order from the Court and proposed an agreement to turn over responsive documents. The parties engaged in a series of meet and confers to discuss GitHub's proposal. GitHub has represented to Nexteer's counsel that GitHub will provide sufficient identifying information of users who downloaded Nexteer's code without giving those users advance notice. As for users who uploaded the infringing code to GitHub's website, GitHub will comply with the subpoena and provide the full requested information, subject to GitHub providing the uploading users with advance notice of the impending disclosure.

Nexteer's request for documents under the Motion to Compel is now moot based on Github's representations above. Accordingly, Nexteer hereby withdraws the Motion to Compel, without prejudice to refiling the Motion if GitHub fails to abide by the terms of its proposed agreement.

DATE: JULY 11, 2023

FOLEY & LARDNER LLP
JEFFREY S. KOPP

By: /s/ Jeffrey S. Kopp
JEFFREY S. KOPP
Attorney for Petitioner NEXTEER AUTOMOTIVE CORPORATION