DANIYAL HABIB, CA Bar No. 338197
  dhabib@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:   415.434.4507

Attorneys for Petitioner NEXTEER
AUTOMOTIVE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: DMCA SECTION 512(H) SUBPOENA TO GITHUB, INC. | MISC. ACTION NO: 3:23-MC-80164-LJC<br><br>**DECLARATION OF PETE KIOUSIS IN SUPPORT OF PETITIONER NEXTEER AUTOMOTIVE CORPORATION'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA TO GITHUB, INC. PURSUANT TO 17 U.S.C. § 512(H) TO IDENTIFY ALLEGED INFRINGER(S)** |
|---|---|

I, Pete Kiousis, declare as follows:

1. I am the Assistant General Counsel and Chief IP Counsel at Nexteer Automotive Corporation ("Nexteer"). As part of my duties, I am responsible for monitoring and addressing infringement of copyrights owned by or assigned to Nexteer.

2. I am authorized to act on Nexteer's behalf. I submit this declaration in support of Nexteer's request for issuance of a subpoena to GitHub, Inc. ("GitHub") pursuant to the Digital Millennium Copyright Act ("DCMA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena").

3. The purpose of Nexteer's DMCA Subpoena is to identify the alleged infringer or infringers who posted Nexteer's source code and source code assigned to Nexteer on systems operated by GitHub without Nexteer's authorization, which postings infringe copyrights held by Nexteer (the "Infringing Content"). I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

4. I submitted on behalf of Nexteer multiple DMCA notifications, via GitHub's online DMCA notification form (which can be accessed on GitHub's website), identifying the Infringing Content on GitHub's systems and providing the information required by 17 U.S.C. § 512(c)(3)(A). Attached hereto as Exhibit 1 are true and correct copies of the emails reflecting the information I submitted through GitHub's online form, along with GitHub's response to the DMCA notifications. I was authorized to act on behalf of Nexteer in submitting this DMCA notification.

5. Nexteer's DMCA Subpoena is sought to obtain the identity of an alleged infringer or infringers, and such information will only be used for the purpose of protecting Nexteer's rights under 17 U.S.C. §§ 100, et seq.

I declare under penalty of perjury under the laws of the State of California and Michigan that the foregoing is true and correct.

Executed on November 9, 2023 at Waterford Township, Oakland County, Michigan.

_____
Pete Kiousi