1  DANIYAL M. HABIB, CA Bar No. 338197
      dhabib@foley.com
2  **FOLEY & LARDNER LLP**
   555 CALIFORNIA, SUITE 1700
3  SAN DIEGO, CA 90071-2418
   TELEPHONE: 858.847.6749
4  FACSIMILE:   213.486.0065

5  Attorneys for Petitioner NEXTEER
   AUTOMOTIVE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: DMCA SECTION 512(H) SUBPOENA TO GITHUB, INC. | MISC. ACTION NO: 3:23-MC-80164-LJC |
|---|---|
| | **NEXTEER AUTOMOTIVE CORPORATION'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA TO SKIFF WORLD, INC.** |

Nexteer Automotive Corporation ("Nexteer"), through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to Skiff World, Inc. ("Skiff") pursuant Federal Rule of Civil Procedure 45. The proposed subpoena is attached hereto as Exhibit A.

The subpoena is directed to Skiff. Skiff is a web-based company that, among others functions, provides users with encrypted end-to-end email service, as an alternative to other email services such as Gmail or Yahoo mail.

Nexteer seeks account information about certain Skiff email users as identified in Exhibit A. Nexteer previously requested, and this Court issued, subpoenas to GitHub, Inc. to identify individuals who had posted various excerpts of Nexteer's confidential and copyrighted source code to GitHub, which postings infringe copyrights held by or assigned to Nexteer. (See Declaration of Pete Kiousis, ¶ 4). After issuance and service of those subpoenas, Nexteer received certain GitHub account data and, through investigation, identified Skiff email accounts potentially related to the users posting infringing content to GitHub. (Kiousis Decl. ¶ 4). Nexteer now seeks information about these Skiff email users to further aid in identifying the individuals infringing Nexteer's copyrights and disseminating Nexteer's intellectual property without authorization.

Accordingly, in support of its request for a Subpoena, Nexteer submits and attaches:

- A proposed subpoena directed to Skiff (Ex. A hereto); and
- A sworn declaration that the purpose for which the subpoena is sought is proper (See Pete Kiousis Decl., ¶5.)

Nexteer respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena pursuant to Fed. R. Civ. Pro. 45 and return it to undersigned counsel for service on the subpoena recipient.

DATE: JANUARY 31, 2024

FOLEY & LARDNER LLP
DANIYAL M. HABIB

By: /s/ Daniyal M. Habib
DANIYAL M. HABIB
Attorneys for Petitioner NEXTEER AUTOMOTIVE CORPORATION