1 | DANIYAL M. HABIB, CA Bar No. 338197
    dhabib@foley.com
2 | **FOLEY & LARDNER LLP**
555 CALIFORNIA, SUITE 1700
3 | SAN DIEGO, CA 90071-2418
TELEPHONE: 858.847.6749
4 | FACSIMILE:   213.486.0065

5 | Attorneys for Petitioner NEXTEER
AUTOMOTIVE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: DMCA SECTION 512(H) SUBPOENA TO GITHUB, INC. | MISC. ACTION NO: 3:23-MC-80164-LJC<br><br>**NEXTEER AUTOMOTIVE CORPORATION'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA TO MICROSOFT CORPORATION** |
|---|---|

1

2   Nexteer Automotive Corporation ("Nexteer'), through its undersigned counsel of record, hereby
3   requests that the Clerk of this Court issue a subpoena to Microsoft Corporation ("Microsoft") pursuant
4   Federal Rule of Civil Procedure 45. The proposed subpoena is attached hereto as Exhibit A.

5   The subpoena is directed to Microsoft. Microsoft is a global technology company that, among
6   others functions, provides users with email services through its Outlook email platform.

7   Nexteer seeks account information about certain Outlook email users as identified in Exhibit A.
8   Nexteer previously requested, and this Court issued, subpoenas to GitHub, Inc. to identify individuals
9   who had posted various excerpts of Nexteer's confidential and copyrighted source code to GitHub,
10  which postings infringe copyrights held by or assigned to Nexteer. (See Declaration of Pete Kiousis, ¶
11  4). After issuance and service of those subpoenas, Nexteer received certain GitHub account data and,
12  through investigation, identified Outlook email accounts potentially related to the users posting
13  infringing content to GitHub. (Kiousis Decl. ¶ 4). Nexteer now seeks information about these Outlook
14  email users to further aid in identifying the individuals infringing Nexteer's copyrights and
15  disseminating Nexteer's intellectual property without authorization.

16  Accordingly, in support of its request for a Subpoena, Nexteer submits and attaches:
17  - A proposed subpoena directed to Microsoft (Ex. A hereto); and
18  - A sworn declaration that the purpose for which the subpoena is sought is proper (See Pete
19      Kiousis Decl., ¶5.)

20  Nexteer respectfully requests that the Clerk expeditiously issue and sign the proposed subpoena
21  pursuant to Fed. R. Civ. Pro. 45 and return it to undersigned counsel for service on the subpoena
22  recipient.

23  DATE: FEBRUARY 12, 2024                 **FOLEY & LARDNER LLP**
                                            DANIYAL M. HABIB
24

25

26                                          By: /s/ Daniyal M. Habib
                                                DANIYAL M. HABIB
27                                              Attorneys for Petitioner NEXTEER
                                                AUTOMOTIVE CORPORATION
28

1
NEXTEER'S REQUEST TO CLERK FOR ISSUANCE OF SUBPOENA
CASE NO. 3:23-MC-80164-LJC