1  DANIYAL M. HABIB, CA Bar No. 338197
    dhabib@foley.com
2  **FOLEY & LARDNER LLP**
   555 CALIFORNIA, SUITE 1700
3  SAN DIEGO, CA 90071-2418
   TELEPHONE: 858.847.6749
4  FACSIMILE:   213.486.0065

5  Attorneys for Petitioner NEXTEER
   AUTOMOTIVE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: DMCA SECTION 512(H) SUBPOENA TO GITHUB, INC. | MISC. ACTION NO: 3:23-MC-80164-LJC |
|---|---|
| | **DECLARATION OF PETE KIOUSIS IN SUPPORT OF PETITIONER NEXTEER AUTOMOTIVE CORPORATION'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA TO MICROSOFT CORPORATION** |

I, Pete Kiousis, declare as follows:

1. I am the Assistant General Counsel and Chief IP Counsel at Nexteer Automotive Corporation ("Nexteer"). As part of my duties, I am responsible for monitoring and addressing infringement of copyrights owned by or assigned to Nexteer.

2. I am authorized to act on Nexteer's behalf. I submit this declaration in support of Nexteer's request for issuance of a subpoena to Microsoft Corporation. ("Microsoft") pursuant to Federal Rule of Civil Procedure 45 *et seq*.

3. The purpose of Nexteer's Subpoena is to assist in identifying the alleged infringer or infringers who posted Nexteer's source code and source code assigned to Nexteer on systems operated by GitHub, Inc. without Nexteer's authorization, which postings infringe copyrights held by Nexteer (the "Infringing Content"). I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

4. Nexteer previously requested, and this Court issued, subpoenas to GitHub, Inc. to identify individuals who had posted various excerpts of Nexteer's confidential and copyrighted source code to GitHub, which postings infringe copyrights held by or assigned to Nexteer. After issuance and service of those subpoenas, Nexteer received certain GitHub account data and, through investigation, identified Outlook email accounts potentially related to the users posting infringing content to GitHub. Nexteer now seeks information about these Outlook email users to further aid in identifying the individuals infringing Nexteer's copyrights and disseminating Nexteer's intellectual property without authorization.

5. Nexteer's subpoena is sought to identify an alleged infringer or infringers, and such information will only be used for the purpose of protecting Nexteer's rights under 17 U.S.C. §§ 100, et seq.

I declare under penalty of perjury under the laws of the State of California and Michigan that the foregoing is true and correct.

Executed on February 7, 2024 at Waterford Township, Oakland County, Michigan.

_____
Pete Kiousis