AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

|  |  |
|---|---|
| _____ *Plaintiff* <br> v. <br> IN RE: DMCA SECTION 512(h) SUBPOENA TO GITHUB, INC. <br> _____ *Defendant* | ) ) ) ) ) ) ) <br> Civil Action No.  3:23-MC-80164-LJC |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:            GitHub, Inc., 88 Colin P. Kelly St., San Francisco, CA 94107

_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: Foley & Lardner LLP, c/o Daniyal Habib <br> 11988 El Camino Real, Suite 400 <br> San Diego, CA 92130 | Date and Time: <br><br> 03/22/2024 12:43 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  2/29/24

CLERK OF COURT
*Mark B.Busby*

*Cindy Hernandez*                                              OR
_____                    _____
*Signature of Clerk or Deputy Clerk*                            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  3:23-MC-80164-LJC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## ATTACHMENT A

## DOCUMENTS TO BE PRODUCED UNDER SUBPOENA

1. All identifying information including the names, addresses, telephone number(s), e-mail address(es), social media profile data and IP address(es), for all users who posted any content related to the following users, projects, and/or forks:

Project: https://github.com/greatManager987/ElectricPowerSteering_TechnicalDocumentation
Project: https://github.com/greatManager987/EPS_TMS570_GeneralMotors_9BXX
Project: https://github.com/greatManager987/EPS_TMS570_BMW_UKL_MCV
Project: https://github.com/greatManager987/ElectriPowerSteerin_HAITEC
Project: https://github.com/greatManager987/EPS_Chrysler_LWR_TMS570
Project: https://github.com/greatManager987/ElectricPowerSteering_PSA_CMP
Project: https://github.com/greatManager987/ElectricPowerSteering_PSA_BMPV
Project: https://github.com/greatManager987/EPS_RH850_GeneralMotors_T1XX
Project: https://github.com/greatManager987/EPS_RH850_FORD_T3T6
Project: https://github.com/greatManager987/FIAT_EPS_TEST_CFG
Project: https://github.com/greatManager987/EPS_Renesas_BMW_UKL
Project: https://github.com/greatManager987/BMW_EPS_RH850_Archi
Project: https://github.com/sweet-dreams-only/EmbeddedSystem_EA4_BMW
Project: https://github.com/sweet-dreams-only/EmbeddedSystem_EA4_GM_T1
Project: https://github.com/sweet-dreams-only/EmbeddedSystem_EA3_PSA_BMPV
Project: https://github.com/sweet-dreams-only/EmbeddedSystem_EA3_FIASA
Project: https://github.com/sweet-dreams-only/EmbeddedSystem_EA3_HAITEC
Project: https://github.com/sweet-dreams-only/EmbeddedSystem_EA3_PSA_CMP
Project: https://github.com/sweet-dreams-only/EmbeddedSystem_EA3_CHRYSLER
Project: https://github.com/sweet-dreams-only/FIASA_TEST_CONFIG_CANOE
Project: https://github.com/sweet-dreams-only/EmbeddedSystem_EA3_GM
Project: https://github.com/sweet-dreams-only/EmbeddedSystem_EA3_BMW
Project: https://github.com/manageme1/ElectricPowerSteering_Roadmap
Project: https://github.com/manageme1/ElectricPowerSteering_RH850_FORD_T3T6
Project: https://github.com/manageme1/ElectricPowerSteering_TMS570_PSA_CMP
Project: https://github.com/manageme1/ElectricPowerSteering_TMS570_PSA_CMP
Project: https://github.com/manageme1/ElectricPowerSteering_TMS570_CHRYSLER_LWR
Project: https://github.com/manageme1/ElectricPowerSteering_RH850_BMW
Project: https://github.com/manageme1/ElectricPowerSteering_RH850_GM_T1XX
Project: https://github.com/manageme1/ElectricPowerSteering_TMS570_HAITEC_LC
Project: https://github.com/manageme1/ElectricPowerSteering_TMS570_FIASA
Project: https://github.com/rake218/BMW-source-codes
Project: https://github.com/StumHuang/ElectricPowerSteering_TMS570_HAITEC_LC
Project: https://github.com/LiYuanxing/FIASA_TEST_CONFIG_CANOE
Project: https://github.com/wuwuzhazha/EmbeddedSystem_EA3_PSA_CMP

2.  Please include all identifying information provided when the account(s) were established, as well as all identifying information provided subsequently for billing or administrative purposes.