DANIYAL M. HABIB, CA Bar No. 338197
  dhabib@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Petitioner NEXTEER
AUTOMOTIVE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(H) SUBPOENA TO GITHUB, INC. | MISC. ACTION NO: 3:23-MC-80164-LJC<br><br>**PETITIONER NEXTEER AUTOMOTIVE CORPORATION'S STATUS REPORT**<br><br>Judge: Hon. Lisa J. Cisneros |

Pursuant to the Court's June 13, 2024 Order requesting Petitioner Nexteer Automotive Corporation to file a status report (Dkt. 17), Petitioner, by and through counsel, hereby provides the following Status Report.

**1. Remaining Issues**

As of the date of this filing, Petitioner is still attempting to identify the individual or individuals responsible for compromising, leaking, and infringing its confidential and copyrighted software code. Petitioner is still regularly identifying infringing content and posts on various websites and issuing DMCA takedown notices when appropriate. Petitioner is also still working with experts to analyze available data obtained off the internet and from subpoenas to help identify the infringers. Petitioner therefore anticipates requesting additional subpoenas under the authority of this miscellaneous DMCA action in the near future. Petitioner anticipates requesting subpoenas to issue directed to entities such as Microsoft Corporation, AT&T, and Slideshare.

Accordingly, Petitioner respectfully requests that this action remain open so as to allow Petitioner to request additional subpoenas as needed.

DATE: JUNE 18, 2024

FOLEY & LARDNER LLP
DANIYAL M. HABIB

By: _____
DANIYAL M. HABIB

Attorney for Petitioner NEXTEER AUTOMOTIVE CORPORATION